IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01861-BNB

JACOBO MUNOZ,

Applicant,

v.

J. M. WILNER, Warden, FCI-Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DRAWING CASE

---

Applicant, Jacobo Munoz, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Florence, Colorado. Mr. Munoz initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In an order filed on September 18, 2008, Magistrate Judge Boyd N. Boland ordered Respondent to file a preliminary response limited to addressing the affirmative defense of exhaustion of administrative remedies. On October 21, 2008, Respondent filed a Preliminary Response to Application for Writ of Habeas Corpus. On November 6, 2008, Mr. Munoz filed a reply to the preliminary response.

The Court must construe the documents filed by Mr. Munoz liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110.

Mr. Munoz is challenging the failure to place him in a drug abuse treatment program in a timely manner that would allow him to take full advantage of a potential sentence reduction under 18 U.S.C. § 3621(e)(2)(B). Although Mr. Munoz alleges in the application that he has not exhausted administrative remedies, he also argues that the exhaustion requirement should be waived because exhaustion would be futile. Respondent does not argue in the preliminary response that this action should be dismissed for failure to exhaust administrative remedies. Instead, Respondent contends that this action should be dismissed because the application is moot.

The court will not address Respondent's mootness argument at this time because Respondent was directed to file a preliminary response limited to addressing the affirmative defense of exhaustion of administrative remedies. As noted above, Respondent does not seek dismissal of this action for failure to exhaust administrative remedies. Therefore, upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. The case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 7, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01861-BNB

Jacobo Munoz
Reg. No. 98284-080
FCI - Florence
PO Box 6000
Florence, CO 81226

Paul Farley
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/7/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk