**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01861-REB-MEH

JACOBO MUNOZ,

    Applicant,

v.

J.M. WILNER, Warden, FCI - Florence,

    Respondent.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation on Petitioner Jacobo Munoz' Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#25], filed July 6, 2009. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Petitioner Jacobo Munoz' Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#25], filed July 6, 2009, is

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**APPROVED AND ADOPTED** as an order of this court;

    2. That petitioner's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#2], filed August 29, 2008, is **DENIED AS MOOT**; and

    3. That this case is **DISMISSED**.

Dated August 10, 2009, at Denver, Colorado.

                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge